# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CHAVEZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.,<br><br>    Defendant(s). | Case No. 2:21-cv-02175-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than April 8, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: April 1, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1